**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATRICK ROCH, | ) | Case No. 19-11944-BFK |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

**DEBTOR'S MOTION TO INCUR POST-PETITION INDEBTEDNESS**

COMES NOW, Patrick Roch (the "Debtor"), by counsel, and moves this Court to

approve the purchase and financing by the Debtor of a used 2016 Volkswagen Passat 4dr Sedan.

In support of this Motion, the Debtor asserts as follows:

1. The bankruptcy case of the above Debtor is pending under Chapter 13 of the United

    States Bankruptcy Code and was filed on June 12, 2019.

2. The Chapter 13 plan was confirmed on August 30, 2019.

3. The event precipitating the Debtor's need to incur debt was an increase of the Debtor's

    weekly auto lease payment to GM financial from approximately $140.00 to

    approximately $379.00.

4. The Debtor needs to replace a 2017 Chevrolet Cruze being paid directly by the debtor at

    the rate of $379.00 per week.

5. The Debtor proposed to purchase a used vehicle from DriveTime in Woodbridge, VA,

    who is not related to the Debtor, for the sum of $13,095, with interest at the rate of

    24.201% per annum. The monthly payment will be $463.12. The Debtor will return

    currently leased vehicle paid weekly at $379.00.

6. The Debtor is current on the Chapter 13 plan payments and this purchase will not

    adversely impact the Chapter 13 plan because the monthly payments for the purchased

    vehicle will be significantly lower than the recently increased lease payments.

7. The Debtor believes that the purchase of this property is necessary because he generates

    his income driving for Uber and Lyft and he cannot afford to continue paying the

    increased lease payments while also repaying his creditors through the Chapter 13 plan.

    WHEREFORE, the Debtor respectfully requests that the Court approve the purchase

described herein upon negative notice to the creditor body.

Date: September 11, 2019                                      Respectfully Submitted,

                                                             AP LAW GROUP, PLC
                                                             _/s/ Ashvin Pandurangi_____
                                                             Ashvin Pandurangi, Bar #86966
                                                             AP Law Group, PLC
                                                             211 Park Ave.
                                                             Falls Church, VA 22046
                                                             Tel: (571) 969-6540
                                                             *Counsel for Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of September, 2019, a true copy of the foregoing

Motion to Incur Post-Petition Indebtedness was served via ECF on the Chapter 13 Trustee and

first class mail, postage prepaid to the attached list of creditors.

                                                             _/s/ Ashvin Pandurangi_____
                                                             Ashvin Pandurangi, Bar #86966

Affirm Inc
Affirm Incorporated
Po Box 720
San Francisco, CA 94104


Alfred, Bacon Halfhill & Young
11350 Random Hills Road
Suite 700
Fairfax, VA 22030


Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Bank of America attn: BK Dept
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068


Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Chase Card Services
Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Fifth Third Bank
PO Box 630412
Cincinnati, OH 45263


GM Financial
PO Box 181145
Arlington, TX 76096

Mirror Ridge HOA
1225 Alma Road, Ste 100
Richardson, TX 75081